# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTHONY P. BUDA,**

    **Plaintiff,**

    v.                          Case No. 14-CV-371

**DAVID A. CLARKE, JR.,**

    **Defendant.**

## ORDER

In my last order, I warned plaintiff that this action would be dismissed with prejudice for lack of prosecution unless he filed a response to defendant's motion for summary judgment by February 23, 2015. As no response has been filed, **IT IS ORDERED** that this action is dismissed with prejudice for lack of prosecution. The clerk of court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2015.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge